UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAROSLAW PACEK,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS COMMERCIALS INSURANCE COMPANY, et al.,<br><br>Defendants. | No. 2:22-cv-0714 MCE DB<br><br><br><br>ORDER |

     Plaintiff, proceeding through counsel, commenced this action on April 25, 2022, by filing a complaint and paying the applicable filing fee. (ECF No. 1.) On January 18, 2023, the undersigned issued an order granting defendants' motion to compel and ordering plaintiff to produce responsive documents. (ECF No. 22.)

     On February 3, 3023, defendants filed discovery motions to enforce the January 18, 2023 order. (ECF Nos. 25 & 26.) Pursuant to Local Rule 251(b) a discovery motion "shall not be heard unless [] the parties have conferred and attempted to resolve their differences[.]" In this regard, "[c]ounsel for all interested parties shall confer in advance of the filing of the motion or in advance of the hearing of the motion in a good faith effort to resolve the differences that are the subject of the motion." (Id.) If, after meeting and conferring, the moving party remains dissatisfied, that party shall draft and file a "Joint Statement re Discovery Disagreement." Local

Rule 251(c). The failure to file a Joint Statement may result in the hearing being dropped from calendar. Local Rule 251(a). However, Local Rule 251(e) provides, in relevant part, that a Joint Statement is not required "when there has been a complete and total failure to respond to a discovery request or order[.]"

Defendants' motions assert that Local Rule 251(e) applies and the motions, therefore, do not require a Joint Statement because there had been a complete and total failure to respond to the January 18, 2023 order. (ECF No. 25 at 5; ECF No. 26 at 5.) Defendants' motions, however, acknowledge that plaintiff "served written responses" on January 20, 2023, which defendants assert "are incomplete and non-responsive," in violation of the undersigned's January 18, 2023, order. (ECF No. 25 at 6.)

Assuming *arguendo* that is true, that does not constitute a complete failure to respond as required by Local Rule 251(e).[1] Defendants' motions, therefore, have failed to comply with the provisions of Local Rule 251 and the undersigned's Standard Information re discovery disputes found on to the court's web page at http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' February 3, 2023, motion for discovery (ECF No. 25) is denied without prejudice to renewal;

2. Defendants' February 3, 2023, motion to enforce (ECF No. 26) is denied without prejudice to renewal; and

3. The February 17, 2023 hearing of defendants' motions is vacated.

Dated: February 14, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/pacek0714.mtc.den.ord

---

[1] On February 10, 2023, plaintiff filed an opposition, accurately, arguing that this dispute must comply with Local Rule 251(b), requiring the parties to meet and confer and file a Joint Statement. (ECF No. 27 at 5.)

2