Kathleen M. DeLaney, Esq.  (SBN 196376)
William S. Hoang (SBN 269791)
**USERY & ASSOCIATES**
**Mailing Address**:  P.O. Box 2996
Hartford, CT  06104-2996
**Physical Address**:  401 Lennon Lane, Suite 100
Walnut Creek, CA  94598
Main (917) 778-6680; Fax (844) 571-3789
Direct (925) 746-3939
E-mail:  kdelane5@Travelers.com
         whoang@Travelers.com

Attorneys for Defendants,
THE STANDARD FIRE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAROSLAW PACEK,<br><br>         Plaintiff,<br><br>vs.<br><br>TRAVELERS COMMERCIAL<br>INSURANCE COMPANY, et al.<br><br>         Defendants. | **CASE NO.  22-CV-00714-MCE-DB**<br><br>**ORDER REFERRING MATTER TO SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE** |

**ORDER**

After consideration of the parties' Stipulation For Referral To Settlement Conference With Magistrate Judge, IT IS HEREBY ORDERED as follows:

(1) This matter is referred to a settlement conference with Magistrate Judge Kendall J. Newman;

(2) The parties are directed to contact Magistrate Judge Newman's courtroom deputy for the scheduling of a settlement conference within fourteen (14) days from the date of this Order;

-1-

**ORDER REFERRING MATTER TO SETTLEMENT CONFERENCE**

(3) Counsel are instructed to have a principal with full settlement authority present at the settlement conference or to be fully authorized to settle the matter on any terms;

(4) The parties are ordered to file a joint status report not later than seven (7) days after the conclusion of the settlement conference; and

(5) This action is hereby STAYED until further notice from the Court.

IT IS SO ORDERED.

Dated: May 23, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE